**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7406**

---

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

QUINTON LEON SUTTON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (CR-98-355)

---

Submitted:  December 18, 2003      Decided:  January 16, 2004

---

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Quinton Leon Sutton, Appellant Pro Se.  Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Quinton Leon Sutton appeals the district court's order affirming the magistrate judge's order denying Sutton's motion for reconsideration of the denial of his motion to compel discovery. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See United States v. Sutton, No. CR-98-355 (M.D.N.C. Aug. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED